266 So.2d 432

### CONSUMERS CREDIT CORPORATION

v.

### Wilson N. BOVIA, Sr. and Darrow Ann Bovia.

No. 52738.

Sept. 22, 1972.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

266 So.2d 433

### Leonard CAESAR

v.

### C. Murray HENDERSON.

No. 52725.

Sept. 27, 1972.

SUMMERS, J., dissents: From the allegations and representations of this application, I agree that an abuse of discretion is indicated in refusing credit for time served (10 years) while undergoing treatment for a mental condition prior to trial. I do not agree, however, that the sentence should be altered or modified, without granting the State or the Trial Judge an opportunity to be heard.